JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STEVEN J. WOHL,<br><br>    Petitioner,<br><br>v.<br><br>KEN CLARK,<br><br>    Respondent(s). | No. CV 06-3643-CAS (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: May 26, 2010

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE